# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATE OF AMERICA, | CASE NO. 13CV1403-GPC(RBB) |
|---|---|
| Plaintiff, | **JUDGMENT OF FORFEITURE** |
| vs. | |
| $10,000.00 IN U.S. CURRENCY, | |
| Defendant. | |

Having reviewed the foregoing Joint Motion and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED: The Joint Motion is approved.

1. The parties have entered into this joint motion in order to resolve the matter of the seizure and forfeiture of the above-referenced defendant, $10,000.00 in U.S. Currency ("defendant currency"). The parties have agreed to a settlement which is hereinafter described in its particulars.

2. $6,000.00 of the defendant currency shall be condemned and forfeited to the United States pursuant to Title 21, United States Code, § 881. $4,000.00 of the defendant currency, less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect, shall be returned to the claimant, Ryan Lee Hapner, either directly or through his attorney of record Richard M. Barnett.

3. The terms of this settlement do not affect the tax obligations, fines, penalties, or

1 | any other monetary obligations that the claimant may owe to the United States.

2 | 4.   The person or persons who made the seizure or the prosecutor shall not be liable to suit or judgment on account of such seizure in accordance with Title 28, United States Code, § 2465. Claimant agrees that by entering into this joint motion, that he has not "substantially prevailed" within the meaning of Title 28, United States Code, § 2465. All parties shall bear their own costs and expenses, including attorney fees. Judgment shall be entered in favor of the United States on its complaint.

5.   Claimant warrants and represents as a material fact that he is the sole owner of the defendant currency and further warrants that no other person or entity has any right, claim or interest in the defendant currency, and that he will indemnify the United States against any and all claims made against it on account of the seizure and forfeiture of the defendant currency.

6.   The claimant, his agents, employees, or assigns, shall hold and save harmless the United States of America, its agents and employees, from any and all claims which might result from the seizure of the defendant currency.

This case is hereby ordered closed.  Let judgment be entered accordingly.

IT IS SO ORDERED.

DATED: August 8, 2014

HON. GONZALO P. CURIEL
United States District Judge